1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY R. KING,

                          Plaintiff,

     v.

JAMES KEY, *et al.*,

                       Defendants.

CASE NO. 3:20-CV-05568-BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)      The R&R is **ADOPTED**;

(2)      This Case is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted.  This dismissal constitutes a strike under 28 U.S.C. § 1915(g);

(3)      Plaintiff's application to proceed *in forma pauperis* (Dkt. 5) is **DENIED** as moot; and

(4)     The Clerk shall enter **JUDGMENT** and close this case.

Dated this 21st day of October, 2020.

<br>

BENJAMIN H. SETTLE
United States District Judge